UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION


JOSE LUIS REGUERO,

       Plaintiff,

v.                                          Case No:  2:13-cv-97-FtM-38DNF

AIRPORT TERMINAL SERVICE
(A.T.S.), HERTZ CORPORATION,
HERTZ, TRANSPORTING INC.,
EDISON FORT MYERS COMPANY,
PARTNER HERTZ CORPORATION
OR INDEPENDANT CONTRACTOR
OR UNKNOWN, IF ANY, ANY ALL
UNKNWON PARTIES CLAIMING
BY, THROUGH, UNDER, AND
AGAINST THE HEREIN NAMED,
OTHER IDENTIFIABLE LEGAL
ENTITIES RELATED, DELTA
AIRLINES, A/C APPLIANCE
KEEPERS, INC., ADVANCE AIR &
REFRIGERATION, INC., ALPINE
AIR CONDITIONING & HEATING,
INC., AMERICAN RESIDENTIAL
SERVICES OF FLORIDA, INC., AIR
TECHNIQUES HEATING &
COOLING LLC., CLIF BETTS
HEATING & COOLING, INC.,
CLIMATE SOLUTIONS, INC.,
COASTAL COOLING INC.,
COMFORT ZONE INC., COOL
RUSH AIR, INC., CUSTOM
COOLING & HEATING, INC.,
DYNAMIC AIR OF SW FLORIDA,
GULF SHORE COOLING, J & D
HEATING AND A/C INC., KENMARK
AIR, MODERN SERVICE FOR
HOME & BUSINESS, REYNOLDS
HOME COMFORT, INC.,
SANDUSKY SERVICES, SEA AIR
OF LEE COUNTY, INC., SERVICE
EXPERTS HEATING & AIR

CONDITIONING, SOLOMONS A/C & APPLIANCE, INC., SOUTHERN REFRIGERATION & AIR CONDITIONING , INC., SUNSET AIR, INC., SYNERGY AIR, TOROCCOS COOLING AND HEATING, LLC., A A TEMPERATURE SERVICES, INC., BARNES MECHANICAL INSULATION, DAVISON INSULATION & ACOUSTIC, GARDEN STREET IRON & METAL, INC., GENERAL INSULATION, CO., JW INSULATION, OCONNELL INSULATION CO., INC., RICE INSULATION & GLASS, SOUTHWEST INSULATION INC., TRI CITY INSTALLATIONS TCI, WEST COAST INSULATION, AMERICAN BEST VALUE INN, AMERICAN REALITY OF CAPTIVA, INC., BAYMONT INN AND SUITES, BAY TO BEACH, BEACH SHELL INN, BEST WESTERN AIRPORT INN, BEST WESTERN PLUS BEACH RESORT, BLUE DOLPHIN COTTAGES, CASA PLAYA RESORT, COMFORT INN & SUITES AIRPORT, CROWNE PLAZA HOTELS & RESORTS, DAYS INN FORT MYERS, DIAMOND HEAD BEACH RESORT HOTEL, EDISON STATE COLLEGE, FAIRFIELD INN BY MARRIOTT FORT MYERS, FLORIDIAN AIRPORT INN OF FT. MYERS, GRANDSTAY HOTEL & SUITES, GULF BREEZE COTTAGE & MOTEL, GULL WING BEACH RESORT, HILTON GARDEN INN, HOLIDAY INN SANIBEL, HOMEWOOD SUITES BY HILTON, HOWARD JOHNSON, LAHAINA VACATION RENTALS, LAQUINTA AT THE AIRPORT, LEE COUNTY PORT AUTHORITY, SOUTHWEST FLORIDA INTERNATIONAL

AIRPORT, MONTEGO BAY, MYSTIC GARDENS, NEPTUNE INN, OUTRIGGER BEACH RESORT, PERIWINKLE MOTEL, POINTE ESTERO BEACH RESORT, QUALITY SUITES AIRPORT, RESIDENCE INN MARRIOTT, SANDPIPER INN, SANIBEL HOLIDAY, SEA SIDE ALL SUITE RESORT, SHALIMAR, SHIPWRECK, SIGNAL INN BEACH, SPRINGHILL SUITES BY MARRIOTT, STANLEY STEEMER, SUBURBAN HOTEL, SUN STREAM HOTEL RESORT, SUPER 8, TARPEN TALE INN, THE BRITTANY APARTMENTS, THE GULF MOTEL, THE PLANTATION GOLF & COUNTRY CLUB, TOSS, INC., TWIN WATERS, INN, VALUE PLACE, WATERTON RESIDENTIAL COMMUNITY, WATERSIDE INN ON THE BEACH, BLUE POINT OYSTER BAR & SEAFOOD GRILL, BRATTA RISTORANTE, BUCA DI BEPPO, FISHERY RESTAURANT, GRIMALDIS BELL TOWER, HMS HOST, LAISHLEY CRAB HOUSE, MELS DINER, MILLER FORT MYERS ALE HOUSE, OUTBACK STEAKHOUSE, SNOOK HAVEN RESTAURANT, T.G.I. FRIDAYS, VILLAGE FISH MARKET RESTAURANT & LOUNGE, WILD HOUSE SPORTS BAR & GRILL, AFFORDABLE ROOFING & GUTTERS, ADVANCED ROOFING AND SHEET METAL, ALL AMERICAN ROOFING, A-Z ROOFING, CUSTOM ROOFING INC., DURA-LOC ROOFING SYSTEMS, FLORIDA STATE ROOFING & CONSTRUCTION, INC., FRANKS ROOFING & SPRAY CO., LATITE ROOFING SHEET

METAL CO. and NASTAR
ROOFING,

       Defendants.
                                       /

## **ORDER**

      This matter comes before the Court on review of the file. Defendant has brought this lawsuit against 115 companies pursuant to Title VII, Fair Labor Standards Act, and Equal Pay Act. From what the Court can discern from the Amended Complaint (Doc. #15), Plaintiff was allegedly discriminated against by the Defendant companies for their firing him or for failing to hire him when he applied for a job with the company based upon "discrimination for national origin and accent discrimination." It appears from the Amended Complaint, that Plaintiff had only sent his resumes for employment to some of the Defendants. (See Doc. #15, p. 30). Three Defendants which have been served have moved to dismiss the action for failure to plead as required by Federal Rule 8, as well as on the grounds that there is no evidence that Plaintiff has exhausted his administrative remedies with the EEOC prior to filing suit, and for failure to state a claim.

      On June 14, 2013, this Court granted the Defendants' Motions to Dismiss (Doc. #60) dismissing the Amended Complaint without prejudice and afforded Defendant a period of time until **July 3, 2013** to file a second amended complaint in order to plead that he has exhausted his administrative remedies with regard to his Title VII claims, to include allegations that he was discriminated on the basis of his gender to support an Equal Pay Act claim, and to clearly state a cause of action for violation of the Fair Labor Standards Act against all 115 Defendants. The Court warned Plaintiff in that Order that "**failure to file a second amended complaint will result in this action being dismissed and closed without further notice**." (Doc. #60). The Court docket reveals

that this Order was mailed to the Plaintiff at the address he provided to the Court, and was otherwise not returned as undeliverable.

Plaintiff failed to file a second amended complaint by July 3, 2013. While the Court is aware upon review of the docket that Plaintiff went to the Clerk's Office on June 25, 2013, claiming that he never received a copy of this Court's June 14, 2013 Order, he was provided by the Clerk with a courtesy copy of the Court's Order on this date, which was before the Court's July 3, 2013 deadline to amend. Plaintiff did not move to extend this deadline, and it has been more than two weeks since his deadline to amend has passed. Therefore, as the Court previously dismissed this action without prejudice, the Court will now direct that judgment be entered and this matter be closed as Plaintiff has failed to prosecute this action.

Accordingly, it is now

**ORDERED:**

The Clerk is directed to enter judgment dismissing this action without prejudice, terminate all previously scheduled deadlines and pending motions, and **CLOSE the file**.

**DONE** and **ORDERED** in Fort Myers, Florida this 17th day of July, 2013.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record